# United States District Court

**EASTERN** DISTRICT OF **TENNESSE**

TERRY D. COOK,  JUDGMENT IN A CIVIL CASE

V.

MICHAEL J. ASTRUE,  CASE NUMBER: 3:08-cv-382
Commissioner of Social Security

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of section 205 of the Social Security Act, 42 U.S.C. § 405(g).

|  |  |
|---|---|
| May 28, 2009 | Patricia L. McNutt, Clerk |
| Date | |
| | By  s/ A. Brush |
| | Deputy Clerk |